UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

TIFFANY ASBERRY,

        Plaintiff,

-against-                              09 Civ. 1013 (CM)(DFE)

CORINTHIAN MEDIA, et al.,

        Defendants.

_____x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/10
```

### MEMORANDUM ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

McMahon, J.:

    Because the papers reveal the existence of numerous disputed issues of material fact, the defendants' motion for summary judgment is denied.

    The Clerk of the Court is directed to remove the motion from the court's list of pending motions.

    The parties will be called for trial as soon as the court finds an opening on the trial schedule.

Dated: August 6, 2010

                                              _____
                                                      U.S.D.J.

BY ECF TO ALL COUNSEL